**SHALOM LAW, PLLC**
Jonathan Shalom
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
jshalom@jonathanshalomlaw.com

*Attorneys for Plaintiff Kevin Garey*

**PACIFIC TRIAL ATTORNEYS**
Scott J. Ferrell (*pro hac vice* pending)
David W. Reid (*pro hac vice* pending)
4100 Newport Place Drive, Suite 800
Newport Beach, California 92660
Tel.: (949) 706-6464
sferrell@pacifictrialattorneys.com
dreid@pacifictrialattorneys.com

**TARTER KRINSKY & DROGIN LLP**
Anthony D. Dougherty
Jonathan E. Temchin
1350 Broadway, 11th Floor
New York, New York 10018
Tel.: (212) 216-8000
adougherty@tarterkrinsky.com
jtemchin@tarterkrinsky.com

*Attorneys for Defendant Hal Leonard LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN GAREY, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>HAL LEONARD LLC,<br><br>       Defendant. | No.: 1:19-cv-01916-LGS<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kevin Garey ("Plaintiff") and Defendant Hal Leonard LLC, stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

Dated:   7/17/2019              **SHALOM LAW, PLLC**
Kew Gardens, New York


By:   /s/ Jonathan Shalom_____
       Jonathan Shalom
       124-04 Metropolitan Avenue
       Kew Gardens, NY 11415
       Tel: (718) 971-9474
       Jshalom@jonathanshalomlaw.com
       *Attorneys for Plaintiff*
       Kevin Garey


Dated:   7/17/2019              **PACIFIC TRIAL ATTORNEYS**
Newport Beach, California


By:   /s/ David W. Reid_____
       David W. Reid
       Scott Ferrell
       4100 Newport Place, Suite 800
       Newport Beach, California 92660
       Tel.: (949) 706-6464
       dreid@pacifictrialattorneys.com
       sferrell@pacifictrialattorneys.com


       Anthony D. Dougherty
       Jonathan E. Temchin
       1350 Broadway – 11th Floor
       New York, New York 10018
       Tel:  (212) 216-8000
       Fax:  (212) 216-8001
       Email:  adougherty@tarterkrinksky.com

Email:  jtemchin@tarterkrinsky.com
*Attorneys for Defendant*
Hal Leonard LLC