```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2019
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN GAREY** <br><br> Plaintiffs, <br> v. <br><br> **HAL LEONARD, LLC,** <br><br> Defendant. | Civil Action No.:1:19-cv-01916-LGS <br><br> [PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 18, 2019
    New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1